*IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE*

IN RE:

RICHARD PARKER WILKINSON,   Case No. 3:16-BK-31282-SHB
                            Chapter 7
Debtor.

MICHAEL H. FITZPATRICK, TRUSTEE,

Plaintiff,

vs.                         Adversary Proceeding No. 3:17-ap-03029-SHB

RICHARD PARKER WILKINSON,

Defendant.

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk | United States Bankruptcy Court<br>William T. Magill, Clerk<br>Howard H. Baker, Jr., U.S. Courthouse Building<br>800 Market Street, Suite 330<br>Knoxville, TN 37902 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | Ryan E. Jarrard<br>QUIST, FITZPATRICK & JARRARD, PLLC<br>2121 First Tennessee Plaza<br>Knoxville, TN 37929-2121<br>865-524-1873 ext. 232<br>rej@qcflaw.com |
|---|---|

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

William T. Magill
*Clerk of the Bankruptcy Court*

July 27, 2017                By: _____
Date                              *Deputy Clerk*

## CERTIFICATE OF SERVICE

I, Ryan E. Jarrard, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made ___ by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> Richard Parker Wilkinson
> 9329 Hidden Green Lane
> Knoxville, TN 37922
>
> William E. Maddox, Jr.
> P.O. Box 31287
> Knoxville, TN 37930

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____
_____, as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

8/24/17
Date

_____
Signature

| Print Name |  |  |
|---|---|---|
| Ryan E. Jarrard |  |  |
| Business Address |  |  |
| 2121 First Tennessee Plaza |  |  |
| City | State | Zip |
| Knoxville | TN | 37929-2121 |